FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN RANDAL COSTON, also known as ALLAH,<br><br>Defendant. | NO: 2:13-CR-0112-TOR<br><br>ORDER DENYING DEFENDANT'S MOTIONS |

BEFORE THE COURT are five motions filed by the Defendant. ECF No. 225, ECF No. 226, ECF No. 227, ECF No. 228 and ECF No. 233. Defendant is proceeding *pro se*. The Court has reviewed the record and files herein and is fully informed. The files and records of the case conclusively show that Defendant is entitled to no relief. The Court **denies** the motions.

//

//

ORDER DENYING DEFENDANT'S MOTIONS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Defendant's Motions are **DENIED**.

The District Court Executive is hereby directed to enter this Order and furnish copies to the parties, including mailing this to the Defendant at his last known address: 37910 N. 45th Ave, Phoenix, AZ 85806.  This file remains **CLOSED**.

DATED June 18, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING DEFENDANT'S MOTIONS ~ 2